IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEVIN EUGENE KALLAND, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, <br><br> Defendant. | CV 17-15-BLG-TJC <br><br> **ORDER** |

On March 31, 2018, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 13.) That same day, the Clerk of Court entered a separate judgment. (Doc. 14.)

Plaintiff has now filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"). (Doc. 15.) Plaintiff requests $7,041.77 in attorney's fees and $400.00 in costs. Plaintiff indicates that the Commissioner opposes the motion. Accordingly,

IT IS ORDERED that, on or before June 20, 2018, the Commissioner shall file a response indicating why it opposes Plaintiff's EAJA application. Plaintiff

//

//

then may file a reply within 14 days of the date the Commissioner's response is entered. Each brief is limited to 3,250 words.

DATED this 6th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge